## EXHIBIT A

## SCHEDULE A

## LEGAL DESCRIPTION

ALL that certain plot, piece or parcel of land situate, lying and being in the Borough of Bronx, 24th Ward of the City of New York, County of Bronx. and State of New York, being the lot known and distinguished by the number 448 on Map entitled "Map of Property belonging to S. Cambreleng and other, situate at Fordham in the Township of West Farms, Westchester County, N. Y." made by Rudolph Ross, Surveyor, dated May 18, 1871, and filed in the Office of the Register of the County of Westchester at White Plains, and bounded and described as follows:

BEGINNING at a point on the easterly side of Arthur Avenue, said point being distant 270.00 feet northerly as measured along the easterly side of Arthur Avenue from the corner formed by the intersection of the easterly side of Arthur Avenue and the northerly side of Bayard Street;

THENCE from said point in the northerly direction along the easterly side of Arthur Avenue, a distance of 25.00 feet to a point;

THENCE in an easterly direction on a course having an interior angle of 89 degrees 44 minutes 30 seconds with the easterly side of Arthur Avenue a distance of 80.74 feet to a point;

THENCE in a southerly direction on a course having an interior angle of 90 degrees with the last mentioned line a distance of 25.00 feet to a point;

THENCE in a westerly direction on a course having an interior angle of 90 degrees with the last mentioned line a distance of 80.85 feet to the easterly side of Arthur Avenue and the point or place of BEGINNING.