UNITED STATES DISTRICT COURT
SOUUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
VENETIAN ISLANDS LLC,

        Plaintiff,

 -against-

2472 ARTHUR AVENUE LLC, CITY OF NEW YORK DEPARTMENT OF FINANCE, LVNV FUNDING LLC, "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint,

        Defendants.
---------------------------------------------------------------------X

 Shachar Hadar, Esq., pursuant to CPLR § 2106 and under the penalties of perjury, affirms as follows:

1. I am an attorney at law duly licensed to practice in the state of New York and am affiliated with Hasbani & Light, P.C., the attorneys of record for Plaintiff in the above-captioned mortgage foreclosure action. As such, I am fully aware of the underlying action, as well as the proceedings had herein.

2. On September 1, 2023, I communicated with the following representative or representatives of Plaintiff, who informed me that he (a) personally reviewed plaintiff's documents and records relating to this case for factual accuracy; and (b) confirmed the factual accuracy of the allegations set forth in the Complaint and any supporting affidavits or affirmations filed with the Court, as well as the accuracy of the notarizations contained in the supporting documents filed therewith.

    Name: Yonel Devico  Title: President

3. Based upon my communication with Yonel Devico, as well as upon my own inspection, review and other reasonable inquiry under the circumstances, including, but not limited to the review of the facts of the case as well as of the underlying note, mortgage and assignments, if any, modification(s), if any and extension and consolidations, if any, I affirm that, to the best of my knowledge, information, and belief, there is a reasonable basis for the commencement of the within foreclosure action and that the Plaintiff is currently the creditor entitled to enforce the rights of said documents noted above. A copy of the note, mortgage, and assignments, if any, modification(s), if any and extension and consolidations, if any, are annexed hereto.

4. I am aware of my obligations under New York Rules of Professional Conduct (22 NYCRR Part 1200) and 22 NYCRR Part 130.

Dated: September 5, 2023
      New York, New York

                                              *Shachar Hadar*
                                              Shachar Hadar, Esq.
                                              450 Seventh Avenue, Suite 1408
                                              New York, New York 10123
                                              (212) 643-6677