UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| VENETIAN ISLANDS LLC, | Case No.: |
| Plaintiff. | **RPAPL 1320 NOTICE** |
| -against- | |
| 2472 ARTHUR AVENUE LLC, CITY OF NEW YORK DEPARTMENT OF FINANCE, LVNV FUNDING LLC, "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint, | Block: 3077<br>Lot: 41<br><br>PROPERTY ADDRESS:<br>2472 Arthur Avenue<br>Bronx, NY 10458 |
| Defendants. | |

------------------------------------------------------------------------x

# NOTICE
## YOU ARE IN DANGER OF LOSING YOUR HOME

**If you do not respond to this summons and complaint by serving a copy of the answer on the attorney for the mortgage company who filed this foreclosure proceeding against you and filing the answer with the court, a default judgment may be entered and you can lose your home.**

**Speak to an attorney or go to the court where your case is pending for further information on how to answer the summons and protect your property.**

**Sending a payment to your mortgage company will not stop this foreclosure action.**

**YOU MUST RESPOND BY SERVING A COPY OF THE ANSWER ON THE ATTORNEY FOR THE PLAINTIFF (MORTGAGE COMPANY) AND FILING THE ANSWER WITH THE COURT.**