UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENETIAN ISLANDS LLC,<br><br>                        Plaintiff,<br><br>-against-<br><br>2472 ARTHUR AVENUE LLC, CITY OF NEW YORK DEPARTMENT OF FINANCE, LVNV FUNDING LLC, "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint,<br><br>                        Defendants. | **CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff VENETIAN ISLANDS LLC, declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: September 5, 2023
        New York, New York

                                                */s/ Rafi Hasbani*
                                               Rafi Hasbani, Esq.
                                               *Counsel for Plaintiff*