# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

## VENETIAN ISLANDS LLC

**DEFENDANTS**
2472 ARTHUR AVENUE LLC, CITY OF NEW YORK
DEPARTMENT OF FINANCE, LVNV FUNDING LLC, "JOHN DOE" and "JANE DOE,"
the last two names being fictitious, said parties intended being tenants or occupants,
if any, having or claiming an interest
in, or lien upon, the premises described in the complaint

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**

HASBANI & LIGHT, P.C.
Rafi Hasbani, Esq.
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (212) 643-6677

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 1332

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes [ ]    Judge Previously Assigned

If yes, was this case   Vol. [ ]   Invol. [ ]   Dismissed.   No [ ]   Yes [ ]   If yes, give date _____ & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**    No [x]    Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*    **NATURE OF SUIT**

|  | TORTS |  |  | ACTIONS UNDER STATUTES |  |
|---|---|---|---|---|---|

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY/ | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110   INSURANCE | [ ] 310 AIRPLANE | PHARMACEUTICAL PERSONAL | [ ] 625 DRUG RELATED | [ ] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120   MARINE | [ ] 315 AIRPLANE PRODUCT | INJURY/PRODUCT LIABILITY | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 376 QUI TAM |
| [ ] 130   MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | 21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 400 STATE |
| [ ] 140   NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | [ ] 690 OTHER | 28 USC 157 | REAPPORTIONMENT |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL |  |  | [ ] 410 ANTITRUST |
| [ ] 150   RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT |  |  | [ ] 430 BANKS & BANKING |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | PROPERTY RIGHTS |  | [ ] 450 COMMERCE |
| ENFORCEMENT | LIABILITY |  | [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT |  | [ ] 460 DEPORTATION |
| OF JUDGMENT | [ ] 340 MARINE | PERSONAL PROPERTY | [ ] 830 PATENT |  | [ ] 470 RACKETEER INFLU- |
| [ ] 151   MEDICARE ACT | [ ] 345 MARINE PRODUCT |  | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION |  | ENCED & CORRUPT |
| [ ] 152   RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | [ ] 840 TRADEMARK |  | ORGANIZATION ACT |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING |  |  | (RICO) |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE |  |  | SOCIAL SECURITY | [ ] 480 CONSUMER CREDIT |
| (EXCL VETERANS) | PRODUCT LIABILITY |  |  | [ ] 861 HIA (1395ff) | [ ] 485 TELEPHONE CONSUMER |
| [ ] 153   RECOVERY OF | [ ] 360 OTHER PERSONAL |  | LABOR | [ ] 862 BLACK LUNG (923) | PROTECTION ACT |
| OVERPAYMENT | INJURY | [ ] 380 OTHER PERSONAL | [ ] 710 FAIR LABOR | [ ] 863 DIWC/DIWW (405(g)) |  |
| OF VETERAN'S | [ ] 362 PERSONAL INJURY - | PROPERTY DAMAGE | STANDARDS ACT | [ ] 864 SSID TITLE XVI | [ ] 490  CABLE/SATELLITE TV |
| BENEFITS | MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE | [ ] 720 LABOR/MGMT | [ ] 865 RSI (405(g)) | [ ] 850 SECURITIES/ |
| [ ] 160   STOCKHOLDERS |  | PRODUCT LIABILITY | RELATIONS |  | COMMODITIES/ |
| SUITS |  |  | [ ] 740 RAILWAY LABOR ACT |  | EXCHANGE |
| [ ] 190   OTHER |  | PRISONER PETITIONS | [ ] 751 FAMILY MEDICAL | FEDERAL TAX SUITS |  |
| CONTRACT | ACTIONS UNDER STATUTES | [ ] 463 ALIEN DETAINEE | LEAVE ACT (FMLA) | [ ] 870 TAXES (U.S. Plaintiff or | [ ] 890 OTHER STATUTORY |
| [ ] 195   CONTRACT | CIVIL RIGHTS | [ ] 510 MOTIONS TO |  | Defendant) | ACTIONS |
| PRODUCT | [ ] 440   OTHER CIVIL RIGHTS | VACATE SENTENCE | [ ] 790 OTHER LABOR | [ ] 871 IRS-THIRD PARTY | [ ] 891 AGRICULTURAL ACTS |
| LIABILITY | (Non-Prisoner) | 28 USC 2255 | LITIGATION | 26 USC 7609 | [ ] 893 ENVIRONMENTAL |
| [ ] 196 FRANCHISE | [ ] 441 VOTING | [ ] 530 HABEAS CORPUS | [ ] 791 EMPL RET INC |  | MATTERS |
|  | [ ] 442 EMPLOYMENT | [ ] 535 DEATH PENALTY | SECURITY ACT (ERISA) |  | [ ] 895 FREEDOM OF |
|  | [ ] 443 HOUSING/ | [ ] 540 MANDAMUS & OTHER |  |  | INFORMATION ACT |
| REAL PROPERTY | ACCOMMODATIONS |  | IMMIGRATION |  | [ ] 896 ARBITRATION |
| [ ] 210   LAND | [ ] 445 AMERICANS WITH |  | [ ] 462 NATURALIZATION |  | [ ] 899 ADMINISTRATIVE |
| CONDEMNATION | DISABILITIES - | PRISONER CIVIL RIGHTS | APPLICATION |  | PROCEDURE ACT/REVIEW OR |
| [x] 220   FORECLOSURE | EMPLOYMENT | [ ] 550 CIVIL RIGHTS | [ ] 465 OTHER IMMIGRATION |  | APPEAL OF AGENCY DECISION |
| [ ] 230   RENT LEASE & | [ ] 446  AMERICANS WITH | [ ] 555 PRISON CONDITION | ACTIONS |  |  |
| EJECTMENT | DISABILITIES -OTHER | [ ] 560 CIVIL DETAINEE |  |  | [ ] 950 CONSTITUTIONALITY OF |
| [ ] 240   TORTS TO LAND | [ ] 448 EDUCATION | CONDITIONS OF CONFINEMENT |  |  | STATE STATUTES |
| [ ] 245   TORT PRODUCT |  |  |  |  |  |
| LIABILITY |  |  |  |  |  |
| [ ] 290   ALL OTHER |  |  |  |  |  |
| REAL PROPERTY |  |  |  |  |  |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____   DOCKET NUMBER_____

*Check YES only if demanded in complaint:*
JURY DEMAND: [ ] YES [x] NO    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

## ORIGIN

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation (Transferred)  ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

(PLACE AN  x  IN ONE BOX ONLY)

## BASIS OF JURISDICTION

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☒ 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | ☒ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | ☒ 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

## PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

VENETIAN ISLANDS LLC
C/O HASBANI & LIGHT, P.C., 450 Seventh Avenue, Suite 1408, New York, New York 10123

## DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

2472 ARTHUR AVENUE LLC
2472 Arthur Avenue
Bronx, NY 10458

City of New York Department of Finance
100 Church Street
New York, NY 10007

LVNV FUNDING LLC
6801 S Cimarron 424J
Las Vegas, NV 89113

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS  ☒ MANHATTAN

DATE  09/05/2023

RAFI HASBANI
SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
☒ YES (DATE ADMITTED  Mo. 04  Yr. 14  )
Attorney Bar Code # RH0413

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form    Save    Print